

November 12, 2015

VIA ECF

Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **RE:** Morocho et al v. VTM Corp and Didier Soares, Case No. 15-CV-4496 (ERK)(VMS)

Dear Judge Scanlon:

    This firm represents the plaintiffs in the above-referenced action. This matter was scheduled for an Initial Conference on November 10, 2015 at 9:30am.

    Counsel apologizes to the Court and defendants' counsel for our failure to appear at the conference. Due to office error, the conference did not appear on our firm's calendar. We did not realize we had missed the conference until receipt of the Initial Conference Order via ECF. Recently, we have had some technical issues with the firm calendar, including appearances being removed. We have had our IT person come to the office to address this and do not expect further problems in the future.

    We again apologize to the Court and will make sure it does not happen again.

                               Respectfully,

                               */s/ Steven B. Ross*

                               Steven B. Ross, Esq.
                               Ross & Asmar LLC

CC: Mark Hernandez, Esq. (via ECF)
     Adriana Kosovych, Esq. (via ECF)