**Ross & Asmar LLC, Attorneys at Law**
**499 Seventh Avenue**
**23rd Floor, South Tower**
**New York, NY  10018**

| Invoice submitted to: |
| --- |
| Wilmer Morocho |

| Invoice Date |
| :---: |
| March 14, 2016 |

Professional Services

| Date | | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 7/13/2015 | SR | Conference with client<br>Conference with clients, | 1.00 | $400.00 |
| 7/14/2015 | SR | Conference with client<br>Conference with ED re damages | 0.70 | $280.00 |
| 7/15/2015 | SR | Research<br>Research re Didier Soares and VTM, damages assess | 2.20 | $880.00 |
| 7/22/2015 | SR | Phone call from client<br>Phone with client | 0.40 | $160.00 |
| 7/23/2015 | SR | Conference with client<br>Conference with clients, assess damages | 1.30 | $520.00 |
| 7/24/2015 | SR | Conference with client<br>Conference with client (tele), conf ED re drafting, damages | 1.40 | $560.00 |
| 7/28/2015 | SR | Meeting<br>Meeting with client | 0.50 | $200.00 |
| 7/29/2015 | ED | Draft<br>Draft complaint | 0.90 | $270.00 |
| 7/30/2015 | SR | Draft<br>Draft and revise Complaint | 1.40 | $560.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 7/31/2015 | ED | Draft<br>Draft Complaint | 1.20 | $360.00 |
| 8/7/2015 | SR | Phone call from client<br>Phone with client re service | 0.25 | $100.00 |
| 8/11/2015 | SR | Phone call from client<br>Phone with client re service, conf ED | 0.60 | $240.00 |
| 8/12/2015 | ED | Corr<br>Corr with process server | 0.22 | $65.00 |
| 9/1/2015 | ED | Telephone call with opposing Attorn<br>Phone with opposing attorney | 0.30 | $90.00 |
| 9/18/2015 | ED | Preparation<br>Preparation of damages calculations | 0.90 | $270.00 |
| 10/15/2015 | ED | Preparation<br>Preparation of damages calculations | 0.55 | $165.00 |
| 10/19/2015 | ED | Preparation<br>Preparation damages calculations | 1.30 | $390.00 |
| 10/20/2015 | SR | Conference with client<br>Conference with ED re damages | 0.80 | $320.00 |
| 10/23/2015 | SR | Telephone call with opposing Attorn<br>Phone with opposing attorney, bkrcy counsel | 0.90 | $360.00 |
| 10/24/2015 | SR | Conference with client<br>Conference with clients, conf Opp Counsel | 0.40 | $160.00 |
| 10/28/2015 | ED | Corr<br>Corr with opposing counsel | 0.25 | $75.00 |
| 11/4/2015 | ED | Review<br>Review Proposed scheduling order | 0.60 | $180.00 |
| 11/5/2015 | SR | Draft<br>Draft scheduling order | 0.70 | $280.00 |
|  | SR | Corr<br>Corr w/ OC re proposed order | 0.40 | $160.00 |

|            |    |                                                           | Hours |          |
|------------|----|-----------------------------------------------------------|-------|----------|
| 11/5/2015  | SR | Revise<br>Revise proposed order                           | 0.40  | $160.00  |
| 11/10/2015 | SR | Draft<br>Draft demands                                    | 1.30  | $520.00  |
|            | SR | Draft<br>Draft Notice to Admit, conf Opp atty, research   | 1.20  | $480.00  |
| 11/12/2015 | SR | Draft<br>Draft Document Demand and Interrogatories        | 1.70  | $680.00  |
|            | ED | Draft<br>Draft Corr to Court                              | 0.60  | $180.00  |
|            | SR | Draft<br>Draft Rule 26a disclosure                        | 0.60  | $240.00  |
| 12/1/2015  | SR | Research<br>Research re bkrcy isseus and calculate damages | 1.50 | $600.00  |
| 12/2/2015  | SR | Conference with client<br>Conference with Def attys, Bkrcy atty | 1.00 | $400.00 |
|            | SR | Research<br>Research re damages, bkrcy etc                | 1.40  | $560.00  |
|            | SR | Telephone call with opposing Attorn<br>Phone with opposing attorney | 0.42 | $166.67 |
| 12/3/2015  | SR | Telephone call with opposing Attorn<br>Phone with opposing attorney | 0.33 | $133.33 |
|            | SR | Draft<br>Draft Questions re Defendants' Financial Condition | 1.20 | $480.00 |
|            | SR | Corr<br>email with OC                                     | 0.40  | $160.00  |
| 12/4/2015  | ED | Conference with client<br>Teleconference with the Court   | 0.80  | $240.00  |
|            | SR | Research<br>Research re financials VTM                    | 1.00  | $400.00  |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/17/2015 | SR | Conference with client<br>Conference with MH, DP | 0.30 | $120.00 |
| 12/30/2015 | SR | Review<br>Review Defendants' bankruptcy filings | 0.75 | $300.00 |
|  | SR | Legal Research<br>Legal Research | 1.42 | $566.67 |
| 12/31/2015 | SR | Review<br>Review Defendants' bankruptcy filings | 0.58 | $233.33 |
| 1/4/2016 | SR | Legal Research<br>Legal Research re bkrcy and bkrcy claims, conf DP | 1.20 | $480.00 |
| 1/26/2016 | SR | Conference with client<br>Conference with clients, conf Def attys | 0.40 | $160.00 |
| 2/4/2016 | SR | Review<br>Review and conf re settlement | 0.70 | $280.00 |
| 2/7/2016 | ED | Review<br>Review draft settlement agreement | 0.50 | $150.00 |
| 2/8/2016 | SR | Conference with client<br>Conference with bkrcy counsel re settlement | 0.40 | $160.00 |
| 2/12/2016 | ED | Review<br>Review and revise draft settlement agreement | 1.00 | $300.00 |
|  | SR | Corr<br>corr to MB | 0.50 | $200.00 |
| 2/19/2016 | ED | Revise<br>Revise settlement agreement | 0.40 | $120.00 |
| 2/26/2016 | SR | Corr<br>revise settlment, conf and corr re settlement | 0.70 | $280.00 |
| 3/2/2016 | SR | Review<br>Review and call MH re settlment | 0.60 | $240.00 |
| 3/3/2016 | SR | Revise<br>revise settlement | 0.80 | $320.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 3/7/2016 | SR | Conference with client<br>Conference with MH re settlment | 0.40 | $160.00 |
| 3/8/2016 | ED | Meeting<br>Meeting with clients | 0.70 | $210.00 |
|  | SR | Meeting<br>Meeting with clients re settlement | 0.50 | $200.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 44.87 | $16,925.00 |

Additional Charges :

|  |  |  | Qty/Price |
|---|---|---|---|
| 7/31/2015 | ED | Filing Fee<br>Complaint | 1<br>400.00 |
| 8/10/2015 | ED | Service Fee<br>Service Fee | 1<br>85.00 |
| Total additional charges |  |  | $485.00 |
| Total amount of this bill |  |  | $17,410.00 |
| Balance due |  |  | $17,410.00 |